MIDDAUGH et al. v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. September 6, 1920.) No. 5455. In Error to the District Court of the United States for the District of Utah. Russell Schulder and Thomas Ramage, both of Salt Lake City, Utah, and Soren X. Christensen, of San Francisco, Cal., for plaintiffs in error. Isaac Blair Evans, U. S. Atty., of Salt Lake City, Utah, for the United States.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of defendant in error.

---

MIDWAY PACIFIC OIL CO. v. UNITED STATES. (Circuit Court of Appeals, Ninth Circuit. December 6, 1920.) No. 3605. Appeal and Cross-Appeal from the District Court of the United States for the Northern Division of the Southern District of California. Theodore Martin, of Los Angeles, Cal., for Midway Pacific Oil Co. Henry F. May, Sp. Asst. Atty. Gen., for the United States.

PER CURIAM. Pursuant to stipulation, ordered, appeals dismissed.

---

PACIFIC MIDWAY OIL CO. et al. v. UNITED STATES. (Circuit Court of Appeals, Ninth Circuit. December 1, 1920.) No. 3603. Appeal and Cross-Appeal from the District Court of the United States for the Northern Division of the Southern District of California. R. T. Harding, of San Francisco, Cal., for Pacific Midway Oil Co. C. P. Kaetzel, of San Luis Obispo, Cal., for Obispo Oil Co. A. L. Weil, of San Francisco, Cal., for General Petroleum Co. Henry F. May, Sp. Asst. Atty. Gen., for the United States.

PER CURIAM. Pursuant to stipulation, ordered, appeals dismissed. See, also, 238 Fed. 575.

---

PARKER et al. v. THOMAS. (Circuit Court of Appeals, Seventh Circuit. October 14, 1920.) No. 2805. In Error to the District Court of the United States for the Eastern Division of the Northern District of Illinois. Action between Ulysses S. Thomas and Matthew K. Parker and others. Judgment for the former, and the latter bring error. Affirmed. Edward O. Brown and Rupert Barry, both of Chicago, Ill., for plaintiff in error. Edwin H. Cassels, of Chicago, Ill., for defendant in error. Before BAKER, ALSCHULER, and PAGE, Circuit Judges.

PER CURIAM. The judgment is attacked upon the ground that the record conclusively shows the indorsement by plaintiffs in error of the note in question to have been for the accommodation of defendant in error. The proofs (all appearing by stipulation) afford evidence of the ultimate fact that the indorsement was not for the accommodation of defendant in error, and therefore the judgment must be and is affirmed.

---

RENEGAR v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. November 5, 1920.) No. 3406. In Error to the District Court of the United States for the Western Division of the Western District of Tennessee; John E. McCall, Judge. Frank S. Elgin, John E. McCall, Jr., and Charles M. Bryan, all of Memphis, Tenn., for plaintiff in error. Wm. D. Kyser, U. S. Atty., of Memphis, Tenn.

PER CURIAM. Affirmed pursuant to stipulation.